# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| NEAL ALLEN PANSCHOW, | Case No. 5:19-cv-02446-DSF-AFM |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JUAN MURILLO, et al., | |
| Defendants. | |

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice for lack of subject matter jurisdiction.

DATED: January 17, 2020

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE